Certificate Number: 14912-GAN-DE-035300728

Bankruptcy Case Number: 20-41873



14912-GAN-DE-035300728

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2021, at 2:29 o'clock PM EST, Brian Patterson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: January 25, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor